The Law Office of Richard St. Paul, Esq., PLLC
Richard St. Paul, Esq.
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
Telephone: (914) 517-7568
Facsimile: (914) 517-7569
Attorneys for Plaintiff
Scherie S. Murray

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
SCHERIE S. MURRAY,

                                          Plaintiff,

-against-

ANDREW CUOMO, as Governor of the State of New York, BOARD OF ELECTIONS IN THE CITY OF NEW YORK, JOSE MIGUEL ARAUJO, MIGUELINA CAMILO, GINO A. MARMORATO, MICHAEL MICHEL, SIMON SHAMOUN, TIFFANY TOWNSEND, JOHN ZACCONE, as Commissioners, Board of Elections in the City of New York, NEW YORK STATE BOARD OF ELECTIONS, PETER S. KOSINSKI, DOUGLAS A. KELLNER, ANDREW J. SPANO, as Commissioners, New York State Board of Elections,

                                          Defendants.
-------------------------------------------------------------------------x

DOCKET NO. 20-3571

EMERGENCY ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

      Upon the affidavits of Scherie S. Murray and attorney Richard St. Paul, Esq., sworn to the 7th day of May, 2020, and upon the copy of the complaint hereto annexed, it is

           ORDERED, that the above-named defendants show cause before a motion term of this Court, at

_____

_____, on

1

_____, _____, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure, declaring that: (1) the elimination of the opportunity to petition by ballot in the primary election and shortened time period for gathering signatures prescribed in Executive Order 202.2 and New York State Assembly Bill A10151 and Senate Bill S8058 is unconstitutional as a violation of Plaintiff's rights under the First and Fourteenth Amendments of the U.S. Constitution; and (2) directing, requiring, and commanding Defendants New York State Board of Elections and Board of Elections in the City of New York to print and place the name of Plaintiff as a candidate for said public office on the official ballots used in the 14th Congressional District for the State of New York at the June 23, 2020 Primary Election; or, in the alternative directing, requiring, and commanding Defendants New York State Board of Elections and Board of Elections in the City of New York to extend the time period required for submission of petitions and corresponding signatures for the primary election to be held on June 23, 2020, and due to COVID-19, permitting Plaintiff and all other candidates to submit electronic signatures on all petitions for the primary election to be held on June 23, 2020; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., Defendants New York State Board of Elections and Board of Elections in the City of New York are temporarily restrained and enjoined from printing, issuing, or distributing for use during the said primary election any and all official ballots used in the 14th Congressional District for the State of New York upon which the name of Plaintiff does not appear as a candidate for the said public office; and it is further

ORDERED that no security shall be required; and it is further;

ODERED that service of a copy of this order, annexed affidavits, complaint and all supporting papers upon the Defendants by electronic mail, to the main contact information listed online for the Defendants on or before o'clock in the _____ noon, _ , _____ , shall be deemed good and sufficient service thereof.

Dated: May___, 2020
      New York, New York

                                         _____
                                               United States District Judge